UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEVEN W. PRITT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:17-cv-02664-SEB-MPB |
| | ) |
| CORRECT CARE SERVICES, *et al.* | ) |
| | ) |
| Defendants. | ) |

**Entry Clarifying Defendants' Names,
Directing Re-Issuance and Service of Process,
and Directing Plaintiff to Respond**

**I. Clarification of Defendant Names**

Plaintiff Steven W. Pritt, proceeding *pro se*, named several defendants in his civil rights lawsuit. When his complaint was screened pursuant to 28 U.S.C. § 1915A, Eighth Amendment medical care claims were allowed to proceed against fourteen defendants. Dkt. 15. Only seven defendants have appeared and answered, with the remaining process documents returned as undeliverable. The Court directed counsel for the corporate defendant, Correct Care Services (CCS), to identify the missing defendants and provide last known addresses if possible. Counsel has responded and provided last known addresses of the known defendants in an *ex parte* filing. Nevertheless, not all of the problems with plaintiff's list of defendants has been resolved.

Defendant Alexander Shelton is unknown to CCS and no address is known. No person of that name was employed by CCS. It is also reported that Heather Michelle Clark and H. Clark, neither of whom have appeared or answered, are the same person and not separate defendants as pleaded by Mr. Pritt. And the question of whether Megan Andrews, who has appeared and answered, is the same person as Megan Matthews, who has not appeared, remains unanswered.

Plaintiff Steven Pritt is directed to advise the Court no later than **April 6, 2018**, whether he intends to proceed against defendant Alexander Shelton or dismiss him from this action. If he wishes to proceed, Mr. Pritt must provide additional information on how Defendant Shelton may be served with process. By the same date, Mr. Pritt shall indicate his agreement or dispute with the assertion that Heather Michelle Clark is the same person as H. Clark. Finally, Mr. Pritt shall also advise the Court no later than **April 6, 2018**, whether defendant Megan Mathews and defendant Megan Andrews are the same person.

## II. Issuance and Service of Process

The **clerk is designated** pursuant to *Fed. R. Civ. P.* 4(c)(3) to re-issue process to defendants Heather Michelle Clark, Laura Poland, Jennifer Eidson, Brian Carter, and Robin Wheatcraft-Hadley in the manner specified by Rule 4(d). Process shall consist of the complaint, dkt. 1, applicable forms (Notice of Lawsuit and Request for Waiver of Service of Summons and Waiver of Service of Summons), the January 9, 2018, screening entry, dkt. 15, and this Entry.

## III. Obligation to Update Address

Mr. Pritt is reminded of his obligation to report any change of address to the Court, in writing, within ten days of any change. The failure to keep the Court informed of a current mailing address may result in the dismissal of this action for failure to comply with Court orders and failure to prosecute.

## IV. Conclusion

Plaintiff shall report no later than **April 6, 2018**, the status of his proposed defendants discussed in Section 1, second paragraph. The failure to timely respond to this Entry may result in

the dismissal of the proposed defendants without further notice.

The clerk shall issue and serve process as directed in Section II.

**IT IS SO ORDERED**.

Date: _____3/26/2018_____   _Sarah Evans Barker_
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Steven W. Pritt
196024
New Castle Correctional Facility - Inmate Mail/Parcels
1000 Van Nuys Road
New Castle, IN 47362

Electronically Registered Counsel

Heather Michelle Clark
Address provided *ex parte*

Laura Poland
Address provided *ex parte*

Jennifer Eidson
Address provided *ex parte*

Brian Carter
Address provided *ex parte*

Robin Wheatcraft-Hadley
Correct Care Services
c/o Indiana Juvenile Detention Facility
9310 South State Road 67
Pendleton, IN 46064